USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7-2-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
UNITED STATES OF AMERICA,          :
                                   :
                     Plaintiff,      :
                                   :   25-CR-00162 (ALC)
  -  v. -                       :
                                   :
CARLOS MEDINA-ANDINO,              :   ORDER
                                   :
                     Defendant.      :
                                   :
--------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is set for **July 15, 2025,** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
            July 2, 2025

                                        _____
                                        ANDREW L. CARTER, JR.
                                        **United States District Judge**