**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

UNITED STATES OF AMERICA,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __7/25/25__

25 Cr. 162 (ALC)

**ORDER**

            -against-

CARLOS ANTHONY MEDINA-ANDINO,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

        A Violation of Supervised Release Hearing is set for July **31, 2025**, at **4:00 p.m.**

SO ORDERED.

Dated: New York, New York
        July 25, 2025

_____
    ANDREW L. CARTER, JR.
    UNITED STATES DISTRICT JUDGE