USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/24/26____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
UNITED STATES OF AMERICA,                                25 Cr. 162 (ALC)


                                                            **ORDER**


        -against-


CARLOS MEDINA-ANDINO,

-----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

        A Violation of Supervised Release Hearing is set for **March 3, 2026**, at **2:00 p.m.**

SO ORDERED.

Dated: New York, New York
        February 24, 2026

_____
        ANDREW L. CARTER, JR.
        UNITED STATES DISTRICT JUDGE