USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/26/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

         - v. -

CARLOS MEDINA-ANDINO,

                Defendant.

-------------------------------------------------------------------- x

              **25-CR-00162 (ALC)**

              **ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Violation of Supervised Release Hearing set for March 3, 2026, has been adjourned to **3:00 p.m.**

**SO ORDERED.**

Dated: New York, New York
       February 26, 2026

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**