USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#:
DATE FILED: 7-30-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

- v. -

**CARLOS MEDINA-ANDINO ,**

**Defendant.**

---------------------------------------------------------------------- x

**25-CR-00162 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **August 6, 2026** at **4:00 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**July 30, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**