USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#:
DATE FILED: 11-19-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

**- v. -**

**CARLOS MEDINA-ANDINO ,**

**Defendant.**

---------------------------------------------------------------------- x

**25-CR-00162 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Violation of Supervised Release Hearing scheduled for December 1, 2026, is adjourned to **2:00 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**November 19, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**